REDACTED

United States Courts
Southern District of Texas
FILED

July 16, 2014

David J. Bradley, Clerk of Court

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Sealed

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 4:13CR281  Deft #32 |
| § | Judge Crone |
| MARIO ALBERTO SOTO (1) § | |
| a.k.a. Mayito § | H 14-703M |
| JESUS AMARO CERVANTES- § | |
| CISNEROS (2) § | |
| a.k.a. Francisco Contreras Rivera, Paisa § | |
| ▮ | FILED |
| § | U.S. DISTRICT COURT |
| JAVIER ANTONIE GRADANDOS (4) § | EASTERN DISTRICT OF TEXAS |
| a.k.a. Javi, Javier Antonie Granados, § | |
| Javier Antonie Gradandos § | MAR 1 2 2014 |
| JUAN CARLOS GRANADAS-RIOS (5) § | |
| a.k.a. Carlitos, Juan Carlos Granados, § | DAVID J. MALAND, CLERK |
| Juan Carlos Granadas § | BY |
| JUAN SOTO-ROBLES (6) § | DEPUTY |
| a.k.a. Johnny § | |
| ALVARO MONDRAGON SANCHEZ § | |
| a.k.a. Angel (7) § | |
| ARTURO LNU (8) § | |
| HILDA LARA (9) § | |
| a.k.a. Hilda Lara-Romo § | |
| JOSE CHRISTINO LOPEZ (10) § | |
| a.k.a. Tino § | |
| LUIS MANUEL SORIA (11) § | |
| a.k.a. Borracho § | |
| ROGELIO RODRIGUEZ (12) § | |
| a.k.a. Roy § | |
| JOSE MIGUEL MORENO (13) § | |
| a.k.a. Chucky § | |
| JUAN GONZALEZ (14) § | |
| CARLOS CARMONA (15) § | |
| a.k.a. Kid § | |
| JAVIER ARAMBULA (16) § | |
| a.k.a. Javier Damien § | |
| FERNANDO ALFONSO § | |
| HERNANDEZ, JR. (17) § | |

Second Superseding Indictment/Notice of Penalty – Page 1

|  |  |
|---|---|
| a.k.a. Nando, Turkey | § |
| MIGUEL MARTINEZ-ABAD (18) | § |
| a.k.a. Michael, Miguel Angel Gonzalez | § |
| PEDRO LARA-ROMO (19) | § |
| a.k.a. Hugo Lara | § |
| JULIANA LARA (20) | § |
| EVERADO SANCHEZ (21) | § |
| a.k.a. Don Lalo | § |
| JORGE LUIS VELEZ (22) | § |
| a.k.a. George | § |
| ■■■■■■■■■■■■■■■■ | § |
| JUAN MORENO-VALDEZ (24) | § |
| JOSE MARIA VARGAS-HERNANDEZ (25) | § |
| JULIO JAVIER MENDOZA-GARIBAY | § |
| a.k.a. Don Cheque (26) | § |
| JESUS ESTRADA-HERNANDEZ (27) | § |
| a.k.a. El Gordito | § |
| JOSE REFUGIO PACHECO (28) | § |
| a.k.a. Refugio | § |
| CECIL WILSON (29) | § |
| JEANNE RAE GREEN (30) | § |
| ■■■■■■■■■■■■■■■■ | § |
| RAMIRO TORRES (32) | § |
| JOSE QUEZADA-ELEUTERIO (33) | § |
| ■■■■■■■■■■■■■■■■ | § |
| THOMAS MITCHEM (36) | § |
| CARLOS NOYOLA (37) | § |
| BEATRIZ DEL CARMEN GUEVARA | § |
| a.k.a. Betty (38) | § |
| ELIZABETH GARCIA (39) | § |
| JESSICA LIRA-MAGALY (40) | § |
| ADISLADO PAREDES-ROSALES (41) | § |
| a.k.a. Jose Luis Arcos-Ortiz, | § |
| Kid, Amador Espinoza Matuto | § |
| JUAN MANUEL DELBOSQUE (42) | § |
| a.k.a. Pollo | § |
| MARCO ESTRADA-GONZALEZ (43) | § |
| a.k.a. Flaco | § |
| DIAMANTINA DELBOSQUE (44) | § |
| a.k.a. Tina | § |
| ■■■■■■■■■■ | § |

| | |
|---|---|
| SERGIO MARIN (46) | § |
| a.k.a. Morro | § |
| JOSE COLLADO-LINARES (47) | § |
| a.k.a. Luis Alberto Linardo-Collado | § |
| MARIO QUINONES (48) | § |
| a.k.a. Mario Cocho, El Cocho | § |
| JULIO GARCIA (49) | § |
| a.k.a. Chaparro | § |

## SECOND SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Cocaine)

That from sometime in or about January 2011, and continuously thereafter up to March 12, 2014 E.G. and including ~~November 13, 2013~~, in the Eastern District of Texas and elsewhere,

Mario Alberto Soto, a.k.a. Mayito
Jesus Amaro Cervantes-Cisneros, a.k.a. Francisco Contreras Rivera, Paisa

Juan Carlos Granadas-Rios, a.k.a. Juan Carlos Granadas, Carlitos, Juan Carlos Granados
Alvaro Mondragon Sanchez, a.k.a. Angel
Jose Christino Lopez, a.k.a. Tino
Rogelio Rodriguez, a.k.a. Roy
Juan Gonzalez
Miguel Martinez-Abad, a.k.a. Michael, Miguel Angel Gonzalez
Pedro Lara-Romo, a.k.a. Hugo Lara
Jorge Luis Velez, a.k.a. George
Julio Javier Mendoza-Garibay, a.k.a. Don Cheque
Jesus Estrada-Hernandez, a.k.a. El Gordito

Beatriz Del Carmen Guevara, a.k.a. Betty
Marco Estrada-Gonzalez, a.k.a. Flaco

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### Count Two

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine)

That from sometime in or about January 2011, and continuously thereafter up to and including ~~November 13, 2013~~ March 12, 2014 E.G., in the Eastern District of Texas and elsewhere,

Mario Alberto Soto, a.k.a. Mayito
Jesus Amaro Cervantes-Cisneros, a.k.a. Francisco Contreras Rivera, Paisa
[REDACTED]
Javier Antonie Gradandos, a.k.a. Javier Antonie Gradandos, Javi, Javier Antonie Granados
Juan Carlos Granadas-Rios, a.k.a. Juan Carlos Granadas, Carlitos, Juan Carlos Granados
Juan Soto-Robles, a.k.a. Johnny
Hilda Lara, a.k.a. Hilda Lara-Romo
Jose Christino Lopez, a.k.a. Tino
Luis Manuel Soria, a.k.a. Borracho
Jose Miguel Moreno, a.k.a. Chucky
Carlos Carmona, a.k.a. Kid
Javier Arambula, a.k.a. Javier Damien
Fernando Alfonso Hernandez, Jr., a.k.a. Nando, Turkey
Miguel Martinez-Abad, a.k.a. Michael, Miguel Angel Gonzalez
Pedro Lara-Romo, a.k.a. Hugo Lara
Juliana Lara
Everado Sanchez, a.k.a. Don Lalo

Second Superseding Indictment/Notice of Penalty – Page 4

▇▇▇▇▇▇▇▇
Juan Moreno-Valdez
Jose Maria Vargas-Hernandez
Julio Javier Mendoza-Garibay, a.k.a. Don Cheque
Jesus Estrada-Hernandez, a.k.a. El Gordito
Jose Refugio Pacheco, a.k.a. Refugio
Cecil Wilson
Jeanne Rae Green
▇▇▇▇▇▇▇▇

Jose Quezada-Eleuterio
Beatriz Del Carmen Guevara, a.k.a. Betty
Elizabeth Garcia
Jessica Lira-Magaly
Adislado Paredes-Rosales, a.k.a. Jose Luis Arcos-Ortiz, Kid, Amador Espinoza Matuto
Juan Manuel Delbosque, a.k.a. Pollo
Marco Estrada-Gonzalez, a.k.a. Flaco
Diamantina Delbosquez, a.k.a. Tina
▇▇▇▇▇▇▇▇

Sergio Marin, a.k.a. Morro
Jose Collado-Linares, a.k.a. Luis Alberto Linardo-Collado
Rosales Adislado Pavedes, a.k.a. Jose Luis Arcos-Ortiz, Tilico
Mario Quinones, a.k.a. Mario Cocho, El Cocho
Julio Garcia, a.k.a. Chaparro

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or if 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### Count Three

                                Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Marijuana)

That from sometime in or about January 2011, and continuously thereafter up to [March 12, 2014 E.G.] and including ~~November 13, 2013~~, in the Eastern District of Texas and elsewhere,

**Mario Alberto Soto, a.k.a. Mayito**
**Jesus Amaro Cervantes-Cisneros, a.k.a. Francisco Contreras Rivera, Paisa**
**Juan Soto-Robles, a.k.a. Johnny**
**Jose Christino Lopez, a.k.a. Tino**
**Pedro Lara-Romo, a.k.a. Hugo Lara**
**Jorge Luis Velez, a.k.a. George**
**Ramiro Torres**
**Jose Quezada-Eleuterio**
**Arturo LNU**
**Carlos Noyola**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### Count Four

                                Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Heroin)

That from sometime in or about January 2011, and continuously thereafter up to [March 12, 2014 E.G.] and including ~~November 13, 2013~~, in the Eastern District of Texas and elsewhere,

Mario Alberto Soto, a.k.a. Mayito
Jose Christino Lopez, a.k.a. Tino
Thomas Mitchem

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 2 kilograms or more of a mixture or substance containing a detectable amount of heroin, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### Count Five

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 11, 2013, within the Southern District of Texas, **Cecil Wilson**, defendant, did knowingly possess firearms, namely, a Taurus, .45 caliber handgun, serial number NVH 45423; and a Glock handgun, serial number TDE946, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to distribute methamphetamine.

In violation of 18 U.S.C. § 924(c).

### Count Six

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about November 11, 2013, within the Southern District of Texas, **Jeanne Rae Green**, defendant, did knowingly possess firearms, namely, a Taurus, .45 caliber handgun, serial number NVH 45423; and a Glock handgun, serial number TDE946, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to distribute methamphetamine.

In violation of 18 U.S.C. § 924(c).

### Count Seven

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about November 18, 2013, within the Northern District of Texas, **Jesus Amaro Cervantes-Cisneros, a.k.a. Paisa, Francisco Conteras Rivera**, defendant, did knowingly possess firearms, namely, a Glock pistol, serial number PRK648; and an H&K pistol, serial number 123-032982, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to distribute cocaine, methamphetamine and marijuana.

In violation of 18 U.S.C. § 924(c).

### Count Eight

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about November 18, 2013, within the Northern District of Texas, **Miguel Martinez-Abad, a.k.a. Michael, Miguel Angel Gonzalez**, defendant, did knowingly possess a firearm, namely, a Taurus pistol, serial number 29605A, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to distribute cocaine and methamphetamine.

In violation of 18 U.S.C. § 924(c).

### Count Nine

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about November 18, 2013, within the Northern District of Texas, **Julio Javier Mendoza-Garibay, a.k.a. Don Cheque**, defendant, did knowingly possess firearms, namely, a Smith and Wesson pistol, serial number TDM3945; and a Springfield pistol, serial number TFH0149, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to distribute cocaine and methamphetamine.

In violation of 18 U.S.C. § 924(c).

### Count Ten

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about February 20, 2014, within the Northern District of Texas, **Sergio Marin, a.k.a. Morro**, defendant, did knowingly possess a firearm, namely, a Bersa 380, serial number 773001, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to distribute methamphetamine.

In violation of 18 U.S.C. § 924(c).

### Count Eleven

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about February 20, 2014, within the Northern District of Texas, **Jose Collado-Linares, a.k.a. Luis Alberto Linardo-Collado**, defendant, did knowingly possess a firearm, namely, a Bersa 380, serial number 773001, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to distribute methamphetamine.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses charged in this First Superseding Indictment, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853, all property used to commit or facilitate the offenses,

proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

2001 Mazada Tribute, VIN #4F2YU09181KM48589;

2002 Mitsubishi Montero Sport, VIN #JA4MT41R82J034479;

2005 Acura RL, VIN #JH4KB16505C016280;

2002 Chevrolet Monte Carlo, VIN #2G1WW15E229179243;

2008 Volkswagon Jetta, VIN # 3VWYV49M88M616827;

1998 Honda Accord, VIN # 1HGCG5652WA003379;

2007 Chevrolet Equinox LT, VIN # 2CNDL63F176037146;

2010 Chrysler 300 Touring, VIN # 2C3CA5CV0AH230296;

2009 Chevrolet Malibu, VIN # 1G1ZG57B29F165347;

2011 Kia Sorento, VIN # 5XYKT4A29BG159569;

2003 Chevrolet Trailblazer, VIN # 1GNDS13S432329668;

2010 Chevrolet Malibu, VIN # 1G1ZC5EB1A4157013;

2008 Chevrolet HHR, VIN # 1FTRX12W94NC08106;

2010 Chevrolet Impala, VIN # 2G1WA5EKXA1111376;

2005 Nissan Maxima, VIN # 1N4BA41EX5C857459;

2007 Chevrolet Suburban Z71, VIN # 3GNFC16047G300569;

2004 Ford F150, VIN #1FTRX12W94NC08106;

$29,000 in U.S. currency;

$517.00 in U.S. currency;

$20,800.00 in U.S. currency;

$217.00 in U.S. currency;

$88,716.00 in U.S. currency;

$2,215.00 in U.S. currency;

$4,870.00 in U.S. currency;

$2,623.00 in U.S. currency;

$7,630.00 in U.S. currency;

$490.00 in U.S. currency;

$5,240.00 in U.S. currency;

$5,357.00 in U.S. currency;

$1,900.00 in U.S. currency;

$17,820.00 in U.S. currency;

$35,000.00 in U.S. currency;

$292.07 in U.S. currency;

Taurus, .45 caliber handgun, serial number NVH 45423;

Glock handgun, serial number TDE946;

Glock pistol, serial number PRK648;

H&K pistol, serial number 123-032982;

Taurus pistol, serial number 29605A;

Smith and Wesson pistol, serial number TDM3945;

Springfield pistol, serial number TFH0149;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 3206 Wake Street, Dallas, Texas 75249,

being the same property more fully described as follows: Mac Arthur Heights Lot 2, Block 5/7092;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 2615 Wilbur Street, Dallas, Texas 75233, being the same property more fully described as follows: Roland Dale Addition Lot 22, Block 1/5967;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 7934 Greengate Drive, Dallas, Texas 75249, being the same property more fully described as follows: Lot 16, Block M/8682;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 2544 Wilbur Street, Dallas, Texas 75233, being the same property more fully described as follows: Lot 13, Block 3/5967;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 2354 West Five Mile Parkway, Dallas, Texas, being the same property more fully described as follows: Lot 2, Block A/6036;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 3210 Azle Avenue, Fort Worth, Texas 76106, being the same property more fully described as follows: Lot 19, Block 196;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 8323 Mountain view Drive, Dallas, Texas 75249, being the same property more fully described as follows: Lot 18, Block B/8684;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 3822 W. Ledbetter Drive, Dallas, Texas 75233, being the same property more fully described as follows: Lot 22, Block 6955.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
ERNEST GONZALEZ
Assistant United States Attorney

3-12-14
Date

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:13CR281 |
| | § | Judge Crone |
| MARIO ALBERTO SOTO (1) | § | |
| a.k.a. Mayito | § | |
| JESUS AMARO CERVANTES- | § | |
| CISNEROS (2) | § | |
| a.k.a. Francisco Contreras Rivera, Paisa | § | |
| ▮▮▮▮▮▮▮▮▮▮ | ▮ | |
| | § | |
| JAVIER ANTONIE GRADANDOS (4) | § | |
| a.k.a. Javi, Javier Antonie Granados, | § | |
| Javier Antonie Gradandos | § | |
| JUAN CARLOS GRANADAS-RIOS (5) | § | |
| a.k.a. Carlitos, Juan Carlos Granados, | § | |
| Juan Carlos Granadas | § | |
| JUAN SOTO-ROBLES (6) | § | |
| a.k.a. Johnny | § | |
| ALVARO MONDRAGON SANCHEZ | § | |
| a.k.a. Angel (7) | § | |
| ARTURO LNU (8) | § | |
| HILDA LARA (9) | § | |
| a.k.a. Hilda Lara-Romo | § | |
| JOSE CHRISTINO LOPEZ (10) | § | |
| a.k.a. Tino | § | |
| LUIS MANUEL SORIA (11) | § | |
| a.k.a. Borracho | § | |
| ROGELIO RODRIGUEZ (12) | § | |
| a.k.a. Roy | § | |
| JOSE MIGUEL MORENO (13) | § | |
| a.k.a. Chucky | § | |
| JUAN GONZALEZ (14) | § | |
| CARLOS CARMONA (15) | § | |
| a.k.a. Kid | § | |
| JAVIER ARAMBULA (16) | § | |
| a.k.a. Javier Damien | § | |
| FERNANDO ALFONSO | § | |
| HERNANDEZ, JR. (17) | § | |

| | |
|---|---|
| a.k.a. Nando, Turkey | § |
| MIGUEL MARTINEZ-ABAD (18) | § |
|   a.k.a. Michael, Miguel Angel Gonzalez | § |
| PEDRO LARA-ROMO (19) | § |
|   a.k.a. Hugo Lara | § |
| JULIANA LARA (20) | § |
| EVERADO SANCHEZ (21) | § |
|   a.k.a. Don Lalo | § |
| JORGE LUIS VELEZ (22) | § |
|   a.k.a. George | § |
| ███████████████ | § |
| JUAN MORENO-VALDEZ (24) | § |
| JOSE MARIA VARGAS-HERNANDEZ | § |
| (25) | § |
| JULIO JAVIER MENDOZA-GARIBAY | § |
|   a.k.a. Don Cheque (26) | § |
| JESUS ESTRADA-HERNANDEZ (27) | § |
|   a.k.a. El Gordito | § |
| JOSE REFUGIO PACHECO (28) | § |
|   a.k.a. Refugio | § |
| CECIL WILSON (29) | § |
| JEANNE RAE GREEN (30) | § |
| ███████████████ | § |
| RAMIRO TORRES (32) | § |
| JOSE QUEZADA-ELEUTERIO (33) | § |
| ███████████████ | § |
| THOMAS MITCHEM (36) | § |
| CARLOS NOYOLA (37) | § |
| BEATRIZ DEL CARMEN GUEVARA | § |
|   a.k.a. Betty (38) | § |
| ELIZABETH GARCIA (39) | § |
| JESSICA LIRA-MAGALY (40) | § |
| ADISLADO PAREDES-ROSALES (41) | § |
|   a.k.a. Jose Luis Arcos-Ortiz, | § |
|   Kid, Amador Espinoza Matuto | § |
| JUAN MANUEL DELBOSQUE (42) | § |
|   a.k.a. Pollo | § |
| MARCO ESTRADA-GONZALEZ (43) | § |
|   a.k.a. Flaco | § |
| DIAMANTINA DELBOSQUE (44) | § |
|   a.k.a. Tina | § |
| RAFAEL BRAVO (45) | § |

```
SERGIO MARIN (46)                     §
  a.k.a. Morro                        §
JOSE COLLADO-LINARES (47)             §
  a.k.a. Luis Alberto Linardo-Collado §
MARIO QUINONES (48)                   §
  a.k.a. Mario Cocho, El Cocho        §
JULIO GARCIA (49)                     §
  a.k.a. Chaparro                     §
```

### Count One

**Violation:** 21 U.S.C. § 846

**Penalty:** If 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine -- not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

**Special Assessment:** $100.00

### Count Two

**Violation:** 21 U.S.C. § 846

**Penalty:** If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or if 50 grams or more of methamphetamine (actual) -- not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

**Special Assessment:** $100.00

### Count Three

**Violation:** 21 U.S.C. § 846

**Penalty:** If 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana -- not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

**Special Assessment:** $100.00

Second Superseding Indictment/Notice of Penalty – Page 17

### Count Four

<u>Violation</u>: 21 U.S.C. § 846

<u>Penalty</u>: If 1 kilograms or more of a mixture or substance containing a detectable amount of heroin -- not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

<u>Special Assessment</u>: $100.00

### Counts Five-Eleven

<u>Violation</u>: 18 U.S.C. § 924(c)

<u>Penalty</u>: Imprisonment for not less than 5 years and not more than life; a fine not to exceed $250,000, or both; a term of supervised release of not more than five years.

<u>Special Assessment</u>: $100.00